*Kimmel and Silverman, P.C.*

**All Time for Selected File:**

O'Connor v. Car & Associates

Matter Id : 09-00077

Today's Date: 6/4/2013      Client Id : 09-00067

| Date | Timekeeper | Task & Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| Jul 31, 2009 | Craig Thor Kimmel | Email correspondence with Maricia O'connor re actions taken by defendant | 0.1 | $425.00 | $42.50 |
| Aug 3, 2009 | Craig Thor Kimmel | Fax from client, review | 0.1 | $425.00 | $42.50 |
| Aug 4, 2009 | Craig Thor Kimmel | Fax from client, review | 0.4 | $425.00 | $170.00 |
| Aug 18, 2009 | Craig Thor Kimmel | Conduct research, memo to file | 0.2 | $425.00 | $85.00 |
| Aug 18, 2009 | Craig Thor Kimmel | Email exchange with client re: info about debt | 0.2 | $425.00 | $85.00 |
| Aug 20, 2009 | Craig Thor Kimmel | Email exchange with client regarding case | 0.7 | $425.00 | $297.50 |
| Aug 25, 2009 | Craig Thor Kimmel | Email to client regarding case | 0.1 | $425.00 | $42.50 |
| Sep 13, 2009 | Craig Thor Kimmel | Email from client regarding case | 0.1 | $425.00 | $42.50 |
| Sep 16, 2009 | Katie Hall | Open file in database (.2); Discuss with associate and create factual summary (.3); Prepare outline of linked events (.2); Prepare Amicus Precedent to track case (.1) | 0.8 | $165.00 | $132.00 |
| Jan 18, 2010 | Tara L. Patterson | Spoke to client to obtain additional information re: information in questionnaire. | 0.2 | $300.00 | $60.00 |
| Jan 18, 2010 | Tara L. Patterson | Drafted complaint. | 1.5 | $300.00 | $450.00 |
| Jan 19, 2010 | Tara L. Patterson | Email to Maricia O'Connor re: any emails from debt collector | 0.1 | $300.00 | $30.00 |
| Jan 20, 2010 | Tara L. Patterson | Email to Maricia O'Connor to review complaint | 0.1 | $300.00 | $30.00 |
| Jan 20, 2010 | Tara L. Patterson | Reviewed draft of complaint | 0.2 | $300.00 | $60.00 |
| Feb 8, 2010 | Katie Hall | Email to client regarding case | 0.1 | $165.00 | $16.50 |

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| Feb 23, 2010 | Katie Hall | Email to client regarding case | 0.1 | $165.00 | $16.50 |
| Feb 25, 2010 | Katie Hall | Email exchange with client regarding case | 0.2 | $165.00 | $33.00 |
| Mar 24, 2010 | Craig Thor Kimmel | Email to KH re status of case | 1.3 | $425.00 | $552.50 |
| Mar 25, 2010 | Tara L. Patterson | Drafted letter to client about case; Email exchange with CTK re same | 0.7 | $300.00 | $210.00 |
| Mar 25, 2010 | Craig Thor Kimmel | Email exchange with TLP re letter to client, review and revise letter | 0.4 | $425.00 | $170.00 |
| Apr 12, 2010 | Christy L. Sunchych | Prepared documents and filed Complaint | 0.5 | $165.00 | $82.50 |
| Apr 12, 2010 | Craig Thor Kimmel | Review ECF emails re complaint and case transferred to Central Division | 0.2 | $425.00 | $85.00 |
| Apr 12, 2010 | Christy L. Sunchych | Complaint Fee | | | $350.00 |
| Apr 13, 2010 | Craig Thor Kimmel | Review ECF emails re case transferred to Eastern Division and summons issued | 0.2 | $425.00 | $85.00 |
| Apr 23, 2010 | Craig Thor Kimmel | Review ECF email re summons executed | 0.1 | $425.00 | $42.50 |
| Apr 26, 2010 | Craig Thor Kimmel | E-mail correspondence from Kate G. Shumaker re attorney called about case | 0.1 | $425.00 | $42.50 |
| Apr 26, 2010 | Kate G. Shumaker | Call from attorney about case, Email to CTK re same | 0.1 | $300.00 | $30.00 |
| Apr 26, 2010 | Craig Thor Kimmel | Spoke to Daniel Glazer about case | 0.2 | $425.00 | $85.00 |
| Apr 23, 2010 | Craig Thor Kimmel | Review ECF email re case assignment | 0.1 | $425.00 | $42.50 |
| May 7, 2010 | Craig Thor Kimmel | Email correspondence with jmjoyce@lawyer.com re extension | 0.1 | $425.00 | $42.50 |
| May 27, 2010 | Katie Hall | Email to CTK re status of case | 0.1 | $165.00 | $16.50 |
| May 27, 2010 | Craig Thor Kimmel | Email from KH re status of case | 0.1 | $425.00 | $42.50 |
| Jun 29, 2010 | Craig Thor Kimmel | R/R/ file, M/file and email support staff to prep default | 0.3 | $425.00 | $127.50 |
| Jun 30, 2010 | Tara L. Patterson | Reviewed and Revised MDJ | 0.3 | $300.00 | $90.00 |
| Sep 21, 2010 | Craig Thor Kimmel | Email from TLP re status of case | 0.1 | $425.00 | $42.50 |

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| Sep 21, 2010 | Tara L. Patterson | Email to CTK re status of case | 0.1 | $300.00 | $30.00 |
| Sep 23, 2010 | Craig Thor Kimmel | Email OPC that I have not heard from him since May and we are taking default. | 0.1 | $425.00 | $42.50 |
| Sep 23, 2010 | Craig Thor Kimmel | Emails from CLS and TLP re default | 0.2 | $425.00 | $85.00 |
| Sep 23, 2010 | Christy L. Sunchych | Email to CTK re default | 0.1 | $165.00 | $16.50 |
| Sep 23, 2010 | Tara L. Patterson | Email to CTK re default | 0.1 | $300.00 | $30.00 |
| Sep 30, 2010 | Craig Thor Kimmel | Email to TLP re: email to OPPOSING COUNSEL | 0.1 | $425.00 | $42.50 |
| Sep 30, 2010 | Tara L. Patterson | Email from CTK about email he sent to OPPOSING COUNSEL following up on answer | 0.1 | $300.00 | $30.00 |
| Oct 7, 2010 | Tara L. Patterson | Drafted amended complaint to reflect DEF's new address | 0.2 | $300.00 | $60.00 |
| Oct 7, 2010 | Tara L. Patterson | Email amended complaint to CTK | 0.1 | $300.00 | $30.00 |
| Oct 7, 2010 | Craig Thor Kimmel | Email from TLP with amended complaint | 0.1 | $425.00 | $42.50 |
| Nov 3, 2010 | Craig Thor Kimmel | Email to OPPOSING COUNSEL about default | 0.1 | $425.00 | $42.50 |
| Nov 3, 2010 | Craig Thor Kimmel | Email to SY re preparing default | 0.1 | $425.00 | $42.50 |
| Nov 3, 2010 | Sarah Young | Email from CTK re preparing default | 0.1 | $300.00 | $30.00 |
| Nov 4, 2010 | Sarah Young | Drafted application for default judgment. | 2.0 | $300.00 | $600.00 |
| Nov 4, 2010 | Sarah Young | Email to TLP with draft default motion | 0.1 | $300.00 | $30.00 |
| Nov 4, 2010 | Tara L. Patterson | Email from SY with draft default motion, review and respond | 0.3 | $300.00 | $90.00 |
| Nov 11, 2010 | Tara L. Patterson | Email to Maricia O'Connor re: follow-up to phone call | 0.1 | $300.00 | $30.00 |
| Nov 11, 2010 | Tara L. Patterson | Spoke to Marcia and gave her an update on her case. Email client re same. | 0.2 | $300.00 | $60.00 |
| Nov 11, 2010 | Sarah Young | Email to TLP re service of motion for default; review response | 0.2 | $300.00 | $60.00 |
| Nov 11, 2010 | Tara L. Patterson | Email from SY re service of motion for default; respond | 0.0 | $300.00 | $0.00 |

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| Nov 11, 2010 | Craig Thor Kimmel | Review ECF email re motion for default | 0.1 | $425.00 | $42.50 |
| Nov 11, 2010 | Sarah Young | Email OPPOSING COUNSEL re default | 0.2 | $300.00 | $60.00 |
| Nov 12, 2010 | Craig Thor Kimmel | Review ECF email re electronic order | 0.1 | $425.00 | $42.50 |
| Nov 12, 2010 | Craig Thor Kimmel | Review ECF email re notice of clerk's entry of default | 0.1 | $425.00 | $42.50 |
| Nov 12, 2010 | Craig Thor Kimmel | Review ECF email re standing order | 0.1 | $425.00 | $42.50 |
| Dec 3, 2010 | Sarah Young | Email to CTK re default | 0.1 | $300.00 | $30.00 |
| Dec 3, 2010 | Craig Thor Kimmel | Email from SY re default | 0.1 | $425.00 | $42.50 |
| Dec 10, 2010 | Sarah Young | Email exchange with CLS and CTK re: DJ motion | 0.4 | $300.00 | $120.00 |
| Dec 10, 2010 | Christy L. Sunchych | Email exchange with SY and CTK re: DJ motion | 0.4 | $165.00 | $66.00 |
| Dec 10, 2010 | Craig Thor Kimmel | Email exchange with CLS and SY re: DJ motion | 0.4 | $425.00 | $170.00 |
| Dec 10, 2010 | Tara L. Patterson | Prepare bill for DJ motion and send to CTK for review | 0.4 | $300.00 | $120.00 |
| Dec 10, 2010 | Craig Thor Kimmel | Email from TLP re: bill | 0.1 | $425.00 | $42.50 |
| Dec 10, 2010 | Craig Thor Kimmel | Review ECF email re motion for entry of default | 0.1 | $425.00 | $42.50 |
| Apr 11, 2011 | Craig Thor Kimmel | Review ECF email re memo and order | 0.1 | $425.00 | $42.50 |
| Apr 11, 2011 | Tara L. Patterson | Email correspondence with Craig Thor Kimmel re: denial of Default Judgment | 0.1 | $300.00 | $30.00 |
| Apr 11, 2011 | Craig Thor Kimmel | Email correspondence with TLP re: denial of Default Judgment | 0.1 | $425.00 | $42.50 |
| Apr 11, 2011 | Christy L. Sunchych | Email order/opinion to CTK, Email AKT re service | 0.1 | $165.00 | $16.50 |
| Apr 11, 2011 | Craig Thor Kimmel | Review email from CLS with order/opinion | 0.1 | $425.00 | $42.50 |
| Apr 11, 2011 | Angela K Troccoli | Email from CLS re service | 0.1 | $300.00 | $30.00 |
| Apr 15, 2011 | Christy L. Sunchych | Email AKT re service | 0.1 | $165.00 | $16.50 |

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| Apr 15, 2011 | Angela K Troccoli | Email from CLS re service | 0.1 | $300.00 | $30.00 |
| Apr 21, 2011 | Christy L. Sunchych | Email AKT re service | 0.1 | $165.00 | $16.50 |
| Apr 21, 2011 | Angela K Troccoli | Email from CLS re service | 0.1 | $300.00 | $30.00 |
| Apr 25, 2011 | Christy L. Sunchych | Emails to AKT re service; Discussion with CTK re extending time to serve | 0.3 | $165.00 | $49.50 |
| Apr 25, 2011 | Angela K Troccoli | Receipt, review & respond to email from Christy regarding improper service on Defendant. She needs to have Defendant served by Sheriff before May 1st and file Amended Return with Court no later than May 2nd or Court will dismiss case w/o prejudice. | 0.2 | $300.00 | $60.00 |
| Apr 26, 2011 | Angela K Troccoli | Email to CLS re motion | 0.2 | $300.00 | $60.00 |
| Apr 26, 2011 | Angela K Troccoli | Drafted Motion to Extend Time to Serve, memo and Order. Emailed to both CS & CTK. | 1.5 | $300.00 | $450.00 |
| Apr 27, 2011 | Craig Thor Kimmel | Email correspondence with Christy L. Sunchych | 0.1 | $425.00 | $42.50 |
| Apr 27, 2011 | Amy L. Bennecoff | Email correspondence with Christy L. Sunchych | 0.1 | $300.00 | $30.00 |
| Apr 28, 2011 | Craig Thor Kimmel | Receipt and review of ECF emails - motion for extension of time and memo | 0.2 | $425.00 | $85.00 |
| Apr 28, 2011 | Angela K Troccoli | Received Court Notification that Motion, Memo and Order were filed | 0.2 | $300.00 | $60.00 |
| Apr 28, 2011 | Sarah Young | Reviewed CLS changes to motion for extended time to serve. | 0.3 | $300.00 | $90.00 |
| Apr 28, 2011 | Christy L. Sunchych | Revised Motion, Memorandum & Order | 1.0 | $165.00 | $165.00 |
| Apr 28, 2011 | Christy L. Sunchych | Filed and Mailed Motion and Memo | 0.2 | $165.00 | $33.00 |
| Apr 28, 2011 | Tara L. Patterson | Reviewed motion for extension of time to serve complaint | 0.3 | $300.00 | $90.00 |
| May 3, 2011 | Amy L. Bennecoff | Email correspondence with Craig Thor Kimmel | 0.1 | $300.00 | $30.00 |
| May 3, 2011 | Craig Thor Kimmel | Receipt and review of ECF email - electronic order | 0.1 | $425.00 | $42.50 |
| May 5, 2011 | Christy L. Sunchych | Phone call with Erie County, NY sheriff's office and drafted letter and prepared docs for personal service | 0.3 | $165.00 | $49.50 |

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| May 12, 2011 | Christy L. Sunchych | Phone call with the Erie County Sheriff's Office regarding the fact service cannot be made, address does not exist | 0.1 | $165.00 | $16.50 |
| May 12, 2011 | Angela K Troccoli | Receipt, review & respond to email from CS & CTK | 0.2 | $300.00 | $60.00 |
| May 12, 2011 | Tara L. Patterson | Email correspondence with Craig Thor Kimmel re: locating defendant | 0.1 | $300.00 | $30.00 |
| May 12, 2011 | Tara L. Patterson | Email correspondence with Christy L. Sunchych re: locating defendant | 0.1 | $300.00 | $30.00 |
| May 12, 2011 | Tara L. Patterson | Email correspondence with Christy L. Sunchych re: locating defendant | 0.1 | $300.00 | $30.00 |
| May 12, 2011 | Craig Thor Kimmel | Email correspondence with Christy L. Sunchych re locating defendant | 0.1 | $425.00 | $42.50 |
| May 23, 2011 | Christy L. Sunchych | Private investigator fee | | | $95.00 |
| May 25, 2011 | Christy L. Sunchych | Email with Investigator and CTK | 0.1 | $165.00 | $16.50 |
| May 25, 2011 | Amy L. Bennecoff | Email correspondence with Craig Thor Kimmel | 0.1 | $300.00 | $30.00 |
| May 26, 2011 | Amy L. Bennecoff | Email correspondence with Craig Thor Kimmel | 0.1 | $300.00 | $30.00 |
| May 26, 2011 | Amy L. Bennecoff | Email correspondence with Jason Ryan | 0.1 | $300.00 | $30.00 |
| Aug 10, 2011 | Amy L. Bennecoff | Email to CLS checking if service was performed at address CTK emailed on 5/26; Review response from CLS indicating service was not done; Email to DG to handle service | 0.3 | $300.00 | $90.00 |
| Aug 10, 2011 | Amy L. Bennecoff | Review status, status update to CTK | 0.1 | $300.00 | $30.00 |
| Aug 16, 2011 | Jacob U. Ginsburg | Met with ALB to discuss matter, researched process servers, merged on Adobe to complaint, emailed complaint to American Expediting for service | 0.6 | $225.00 | $135.00 |
| Aug 17, 2011 | Jacob U. Ginsburg | Service Fee | | | $57.50 |
| Aug 17, 2011 | Amy L. Bennecoff | Email from JUG with receipt for service; Respond requesting he add the amount of service to our bill | 0.2 | $300.00 | $60.00 |
| Aug 17, 2011 | Amy L. Bennecoff | Review email from JUG to Process Service at AM Expediting re: service | 0.1 | $300.00 | $30.00 |
| Sep 8, 2011 | Amy L. Bennecoff | Forward service information to DG | 0.1 | $300.00 | $30.00 |

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| Sep 8, 2011 | Amy L. Bennecoff | Review Case, Provide Update to CTK | 0.1 | $300.00 | $30.00 |
| Sep 8, 2011 | Amy L. Bennecoff | Email exchange with DG re: status of service | 0.1 | $300.00 | $30.00 |
| Sep 8, 2011 | Jacob U. Ginsburg | Email to Rob Metzler and Dawn to get affidavit of service | 0.2 | $225.00 | $45.00 |
| Sep 12, 2011 | Amy L. Bennecoff | Email to DG/JUG following up on service status | 0.1 | $300.00 | $30.00 |
| Sep 12, 2011 | Amy L. Bennecoff | Review email from JUG re: status of service | 0.1 | $300.00 | $30.00 |
| Sep 13, 2011 | Dawn N Grob | Email from ALB re: service; reviewed w/ JUG; discussed w/ CLS | 0.2 | $165.00 | $33.00 |
| Sep 28, 2011 | Dawn N Grob | Reviewed file & checked calendared events | 0.2 | $165.00 | $33.00 |
| Oct 18, 2011 | Dawn N Grob | Received email from ALB; reviewed file; refiled Aff. Of Serv.; calendared events | 0.3 | $165.00 | $49.50 |
| Oct 18, 2011 | Craig Thor Kimmel | Receipt and review of ECF email - affidavit of service | 0.3 | $425.00 | $127.50 |
| Oct 19, 2011 | Doher Ferris | Drafted new Motion for Default Judgment | 1.5 | $180.00 | $270.00 |
| Dec 5, 2011 | Dawn N Grob | Reviewed file; forwarded DJF's Default Mot. To ALB | 0.2 | $165.00 | $33.00 |
| Jan 2, 2012 | Dawn N Grob | Reviewed file; email to ALB & JUG re: status | 0.2 | $165.00 | $33.00 |
| Jun 13, 2012 | Craig Thor Kimmel | Receipt and review of ECF email - electronic notice | 0.1 | $425.00 | $42.50 |
| Oct 24, 2012 | Pete Keltz | Email correspondence with KF re case. | 0.2 | $80.00 | $16.00 |
| Oct 24, 2012 | Amy L. Bennecoff | Email exchange with PK re: same - per PK, CTK wants letter sent indicating we are withdrawing complaint because def is out of business, PK is drafting letter | 0.2 | $300.00 | $60.00 |
| Oct 24, 2012 | Craig Thor Kimmel | Receipt and review of ECF email - notice | 0.1 | $425.00 | $42.50 |
| Oct 25, 2012 | Amy L. Bennecoff | Email PK to see if he will be sending draft letter to CTK for review and handling | 0.1 | $300.00 | $30.00 |
| Nov 15, 2012 | Pete Keltz | Email correspondence with ALB re case. | 0.3 | $80.00 | $24.00 |
| Nov 15, 2012 | Amy L. Bennecoff | Emails with PK re: default judgment | 0.5 | $300.00 | $150.00 |

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| Nov 20, 2012 | Amy L. Bennecoff | Email to CTK to see how he wants to proceed | 0.1 | $300.00 | $30.00 |
| Nov 21, 2012 | Tara L. Patterson | Email correspondence with ALB re: collect judgment | 0.1 | $300.00 | $30.00 |
| Nov 21, 2012 | Tara L. Patterson | Email correspondence with ALB re: ALB to check with Katelynn about this case. | 0.1 | $300.00 | $30.00 |
| Nov 26, 2012 | Craig Thor Kimmel | Receipt and review of ECF email - request for notice of default | 0.1 | $425.00 | $42.50 |
| Nov 26, 2012 | Amy L. Bennecoff | Request for default docs, Efile | 0.6 | $300.00 | $180.00 |
| Nov 29, 2012 | Craig Thor Kimmel | Three ECF emails - electronic order, notice of entry of default, and standing order | 0.3 | $425.00 | $127.50 |
| Apr 9, 2013 | Joseph L. Gentilcore | Revd file, added to list of Djs to collect | 0.1 | $225.00 | $22.50 |
| May 15, 2013 | Craig Thor Kimmel | Receipt and review of ECF email - dismissal notice | 0.1 | $425.00 | $42.50 |
| May 16, 2013 | Pete Keltz | Email with ALB re order to move case | 0.1 | $80.00 | $8.00 |
| May 16, 2013 | Pete Keltz | Calendared deadline to move case per order; ECF email re Notice of potential dismissal of action pursuant to Local Rule 41.1: This action will be dismissed in twenty days for want of prosecution. (Castles, Martin) | 0.2 | $80.00 | $16.00 |
| Jun 4, 2013 | Amy L. Bennecoff | Review and update bill, prepare default judgment forms, efile | 1.0 | $300.00 | $300.00 |
| | | | **Total File Time** | | **Bill Total** |
| | | | 33.5 | | $10,447.00 |