IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARICIA O'CONNOR,<br>      Plaintiff | )<br>)<br>)<br>) |
| v | )   Case No.: 4:10-CV-10600 FDS |
| CAR AND ASSOCIATES,<br>      Defendant | )<br>)<br>)<br>)<br>) |

### ~~FORM OF~~ DEFAULT JUDGMENT

<u>Hillman, D.J</u>.

     Defendant, <u>Car and Associates</u>, having failed to plead or otherwise defend in this action and its default having been entered,

     Now, upon application of plaintiff and affidavits demonstrating that defendant owes plaintiff the sum of $ 1000.00 that defendant is not an infant or incompetent person or in the military service of the United States, and that plaintiff has incurred costs in the sum of $502.50.

     It is hereby ORDERED, ADJUDGED AND DECREED that plaintiff recover from defendant the principal amount of $1000.00, with attorney's fees and costs in the amount of $6002.50 for a total judgment of $7002.50 with interest as provided by law.

                                                           By the Court,

Dated: 6/10/13                                       `/s/ Martin Castles`

                                                          Deputy Clerk

NOTE: The post judgment interest rate effective this date is __.11__ %.